JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN (Bar No. 124823),
mjh@jmbm.com
CHRISTOPHER H. DOYLE (Bar No. 190016),
CHD@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3813
Telephone:  (415) 398-8080
Facsimile:   (415) 398-5584

JS-6

Attorneys for Defendant FEDERAL DEPOSIT INSURANCE CORPORATION, as RECEIVER for METROPACIFIC BANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| ARMEN BALIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>METROPACIFIC BANK, a California Corporation; KENNETH HANSEN, an Individual, et al.,<br><br>    Defendants. | CASE NO.  8:09-CV-00885-JVS-CT<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>Dept:       Courtroom 10C<br>Judge:     Hon. James V. Selna |

ORDER

This matter having come before the Court on stipulation of Parties and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

The case is dismissed with prejudice in its entirety.  Each party to bear its own costs.

DATED:  June 17, 2010

_____
JUDGE OF THE UNITED STATES DISTRICT COURT